John Oscar KALU, Petitioner-Appellant,

v.

UNITED STATES of America,
Respondent-Appellee.

No. 17-7472

United States Court of Appeals,
Fourth Circuit.

Submitted: January 18, 2018

Decided: January 23, 2018

John Oscar Kalu, Appellant Pro Se. William Joseph Powell, United States Attorney, OFFICE OF THE UNITED STATES ATTORNEY, Wheeling, West Virginia, for Appellee.

Before GREGORY, Chief Judge, and SHEDD and HARRIS, Circuit Judges.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

John Oscar Kalu seeks to appeal the district court's order transferring his case to the United States District Court for the Southern District of Florida. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2012), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2012); Fed. R. Civ. P. 54(b); *Cohen v. Beneficial Indus. Loan Corp.,* 337 U.S. 541, 545-46, 69 S.Ct. 1221, 93 L.Ed. 1528 (1949). The order Kalu seeks to appeal is neither a final order nor an appealable interlocutory or collateral order. *See Ellicott Mach. Corp. v. Modern Welding Co.,* 502 F.2d 178, 180 (4th Cir. 1974). Accordingly, we deny leave to proceed in forma pauperis and dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED*